# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



DONNA LOUIE, an individual, on behalf of herself, and on behalf of all persons similarly situated,

    Plaintiffs,  vs

KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0795 IEG RBB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Norman B. Blumenthal
    BLUMENTHAL & NORDREHAUG
    2255 Calle Clara
    La Jolla, California  92037

An answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY, CLERK

By      , Deputy Clerk

MAY 0 1 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)