1   **BLUMENTHAL & NORDREHAUG**
      Norman B. Blumenthal (State Bar #068687)
2     Kyle R. Nordrehaug (State Bar #205975)
      Aparajit Bhowmik (State Bar #248066)
3   2255 Calle Clara
    La Jolla, CA 92037
4   Telephone: (858)551-1223
    Facsimile: (858) 551-1232
5
6   **QUALLS & WORKMAN**
      Daniel H. Qualls (State Bar #109036)
      Robin G. Workman (State Bar #145810)
7   244 California Street, Suite 410
    San Francisco, CA 94111
8   Telephone: (415) 782-3660
    Facsimile: (415) 788-1028
9
    Additional Counsel listed on signature page
10

11              **UNITED STATES DISTRICT COURT**

12            **SOUTHERN DISTRICT OF CALIFORNIA**

13

14

15   DONNA LOUIE, an individual, VALERIE         CASE No. 08 CV 0795 IEG RBB
     STRINGER, an individual, MARK STEELE,
16   an individual, and DAN ROYSE, an            **PROOF OF SERVICE**
     individual, JULIE TEAGUE, an individual,
17   and JERAHMEEL CAPISTRANO, on behalf
     of themselves, and on behalf of all persons
18   similarly situated,

19
                    Plaintiffs,
20
     vs.
21
     KAISER FOUNDATION HEALTH PLAN,
22   INC., a California Corporation, and Does 1 to
     10,
23

24                  Defendants.

25

26

27

28
                                 1

1

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

2

I am a citizen of the United States and a resident of the State of California.  I am

3

employed in the County of San Diego, State of California.  I am over the age of 18 and not a

4

party to the within action.  My business address is 2255 Calle Clara, La Jolla, California 92037.

5

On June 17, 2008, I served the document(s) described as below in the manner set forth below:

6

(1)    PLAINTIFFS' FIRST AMENDED COMPLAINT

7

Thomas Kaufman
Seyfarth Shaw LLP

8

2029 Century Park East, Ste. 3300
Los Angeles, CA 90067

9

(310) 277-7200 [Office]
(310) 201-5219 [Fax]

10

11

_XX_   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed
through the CM/ECF system at the United States District Court for the Southern District

12

of California which generates a Notice of Electronic Filing to all parties and constitutes
service of the electronically filed documents on all parties for purposes of the Federal
Rules of Civil Procedure.

13

14

**_XX_**   (Federal): I declare that I am employed in the office of a member of the bar of this Court
at whose direction the service was made, and that the foregoing is true and correct under
penalty of perjury.

15

16

I declare under penalty of perjury under the laws of the State of California and the United

17

States that the foregoing is true and correct.  Executed on June 17, 2008 at San Diego, California.

18

By:    _____*s/Norman Blumenthal*_____
Norman B. Blumenthal

19

20

**UNITED EMPLOYEES LAW GROUP**
Walter Haines (State Bar #71075)

21

65 Pine Ave, #312
Long Beach, CA 90802

22

Telephone: (562) 256-1047
Facsimile: (562) 256-1006

23

**SANFORD, WITTELS & HEISLER, LLP**
David W. Sanford (D.C. Bar #457933)

24

Stefanie Roemer (D.C. Bar #464450)
Shayna Bloom (D.C. Bar #498105)

25

1666 Connecticut Avenue, NW, Suite 310
Washington, D.C.  20009

26

Telephone: (202) 742-7777
Facsimile: (202) 742-7776

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF GRANT E. MORRIS**
Grant Morris (D.C. Bar #926253)
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C.  20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776

PROOF OF SERVICE

CASE No. 08 CV 0795 IEG RBB