**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**QUALLS & WORKMAN**
  Daniel H. Qualls (State Bar #109036)
  Robin G. Workman (State Bar #145810)
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Additional Counsel listed on signature page

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LOUIE, an individual, VALERIE STRINGER, an individual, MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | CASE No. 08 CV 0795 IEG RBB<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>District Judge: Hon. Irma E. Gonzalez<br>Courtroom:    1, 4th Flr<br><br>Hearing Date: September 29, 2008<br>Hearing Time: 10:30 a.m.<br><br>Action Filed:   May 1, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 29, 2008 at 10:30 a.m., before the Honorable Irma E. Gonzalez in Courtroom 1 of the United States District Court for the Southern District of

California, Plaintiffs Valerie Stringer, Donna Louie, Mark Steele, Dan Royse, Julie Teague, and Jerahmeel Capistrano will move and hereby do move for Preliminary Approval of the proposed Class Settlement in this case. This motion is unopposed as based on the Stipulation of Settlement.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Norman B. Blumenthal and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Dated: July 21, 2008

**BLUMENTHAL & NORDREHAUG**

By: *Norman B. Blumenthal*
    Norman B. Blumenthal
    Attorneys for Plaintiffs

**QUALLS & WORKMAN**
  Daniel H. Qualls (State Bar #109036)
  Robin G. Workman (State Bar #145810)
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines (State Bar #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

**SANFORD, WITTELS & HEISLER, LLP**
  David W. Sanford (D.C. Bar #457933)
  Stefanie Roemer (D.C. Bar #464450)
  Shayna Bloom (D.C. Bar #498105)
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776

**LAW OFFICES OF GRANT E. MORRIS**
  Grant Morris (D.C. Bar #926253)
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776

G:\D\NBB\Louie v. Kaiser\Preliminary Approval\p-notice of motion.wpd