**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**QUALLS & WORKMAN**
  Daniel H. Qualls (State Bar #109036)
  Robin G. Workman (State Bar #145810)
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Additional Counsel listed on signature page

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LOUIE, an individual, VALERIE STRINGER, an individual, MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>            Defendants. | CASE No. 08 CV 0795 IEG RBB<br><br>**PROOF OF SERVICE** |

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On June 17, 2008, I served the document(s) described as below in the manner set forth below:

(1) PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT;

(2) PLAINTIFFS' MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT;

(3) DECLARATION OF DANIEL H. QUALLS

(4) DECLARATION OF NORMAN B. BLUMENTHAL

(5) PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Thomas Kaufman
Seyfarth Shaw LLP
2029 Century Park East, Ste. 3300
Los Angeles, CA 90067
(310) 277-7200 [Office]
(310) 201-5219 [Fax]

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 17, 2008 at San Diego, California.

By:  *s/Norman Blumenthal*
     Norman B. Blumenthal

**QUALLS & WORKMAN**
Daniel H. Qualls (State Bar #109036)
Robin G. Workman (State Bar #145810)
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

**UNITED EMPLOYEES LAW GROUP**
Walter Haines (State Bar #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

**SANFORD, WITTELS & HEISLER, LLP**
David W. Sanford (D.C. Bar #457933)
Stefanie Roemer (D.C. Bar #464450)
Shayna Bloom (D.C. Bar #498105)
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776

**LAW OFFICES OF GRANT E. MORRIS**
Grant Morris (D.C. Bar #926253)
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7777
Facsimile: (202) 742-7776